IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:07cr57-SPM

COLUMBUS JOHNSON,

        Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion (doc. 28) to continue

his sentencing hearing is granted.  The sentencing hearing is reset for 1:30 p.m.

on March 17, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 15th day of February, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge