IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:07cr57-SPM

COLUMBUS JOHNSON,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion (doc. 31) to continue his sentencing hearing is granted. The sentencing hearing is reset for 1:30 p.m. on April 21, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 14th day of March, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge